# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIDWEST BANK, | : | Civil No. 1:18-CV-01960 |
| Plaintiff, | : | |
| v. | : | |
| DAVID H. GOLDSMITH, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiff's motion for summary judgment (Doc. 86) is **DENIED**.

2. Plaintiff's motion to strike (Doc. 98) is **DENIED AS MOOT**. This denial is without prejudice to Plaintiff's right to contest the admissibility of evidence through the filing of motions in limine at a later date.

3. A status conference is scheduled for **July 16, 2020 at 2:30 p.m.** to discuss scheduling of future matters in this case. The conference will be by telephone. Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
